**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 7 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-942 DHU |
| ) | |
| vs. ) | 18 U.S.C. § 2119: Carjacking. |
| ) | |
| **JOSEPH SENA**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about April 11, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JOSEPH SENA,** with the intent to cause death and serious bodily harm, took a motor vehicle, that is, a 2018 Nissan Rogue, that had been transported, shipped, and received in interstate commerce, from the person and presence of Jane Doe, by force, violence, and intimidation.

In violation of 18 U.S.C. § 2119.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
SJM